IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CREW, SR., *et al.*, <br>     *Plaintiffs,* <br><br> v. <br><br> HOME DEPOT U.S.A., INC., <br>     *Defendant.* <br><br> v. <br><br> LPC COMMERCIAL SERVICES, INC., *et al.*, <br>     *Third-Party Defendants.* | CIVIL ACTION <br> NO. 18-01245 |

## ORDER

**AND NOW**, this 22nd day of January 2020, upon consideration of Plymouth Nursery's Motion for Summary Judgment (ECF No. 76), Crews' Motion for Summary Judgment (ECF No. 77), Association & LPC's Motion for Summary Judgment (ECF No. 78), all Responses (ECF Nos. 82, 83, 84, 85) and Replies (ECF Nos. 86, 88), and following oral argument by counsel for the parties (ECF No. 104), it is **ORDERED** that ECF Nos. 76, 77 and 78 are **DENIED**.

                                                        BY THE COURT:

                                                    ***/s/ Gerald J. Pappert***
                                                    GERALD J. PAPPERT, J.